UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIBEL GOMEZ,

                Petitioner,

    v.

DOUGLAS COLE,

                Respondent.

Case No. C09-5555RBL/JRC

ORDER TO SHOW CAUSE

This Habeas Corpus action filed pursuant to 28 U.S.C. 2254 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The clerk's office sent petitioner a letter outlining certain defects in the initial filings on September 4, 2009 (Dkt. # 2). The court gave petitioner until October 19, 2009 to file an updated trust account statement and a letter of consent along with service copies of the petition for service. As of November 2, 2009, there has been no response.

The court will recommend that this action be dismissed for failure to prosecute unless the court receives the items outlined in the clerk's letter on or before November 27, 2009. The

ORDER- 1

clerk's office is directed to send a copy of this order to petitioner and place the November 27, 2009 due date on the court's calendar.

Dated this 3rd day of November, 2009.

*(signature)*

J. Richard Creatura
United States Magistrate Judge

ORDER- 2