UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIBEL GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DOUGLAS COLE,<br><br>　　　　　　Respondent. | CASE NO. C09-5555RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The motion to proceed *in forma pauperis* is **DENIED** as petitioner failed to provide information and documents to the court. Petitioner has thirty days from the entry of this Order to pay the five dollar ($5.00) filing fee. Failure to pay the filing fee will result in DISMISSAL of this petition WITHOUT PREJUDICE.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 8th day of January, 2010.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1