# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARIBEL GOMEZ,

v.

DOUGLAS COLE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5555 RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court adopted the Report and Recommendation and denied Plaintiff's application to proceed *in forma pauperis*. Plaintiff was directed to pay the filing fee within 30 days of the date of that Order, otherwise the action would be dismissed. Thirty days have passed since the Order Adopting the Report and Recommendation was entered on January 8, 2010, and the filing fee has not been paid.

THE COURT HAS ORDERED THAT

(1) This cause of action is **DISMISSED**.

| March 11, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk